UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MISONIX, INC. STOCKHOLDER DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL DERIVATIVE ACTIONS. | Lead Case No. 2:17-cv-03385-ADS-AYS <br><br> (Consolidated with No. 2:17-cv-03657) <br><br> Honorable Arthur D. Spatt <br> Courtroom 1020 |

## STIPULATION AND [PROPOSED] ORDER

**WHEREAS,** the deadline for plaintiffs to file their consolidated complaint is currently set for July 10, 2018;

**WHEREAS,** plaintiffs have requested and obtained information from the defendants, are continuing to evaluate that information in connection with this derivative action and plaintiffs' forthcoming consolidated complaint, and are in discussions with defendants about further information exchanges relevant to the case;

**WHEREAS,** the parties have met and conferred and agree that, to facilitate the parties' continued exchanges of information and plaintiffs' evaluation of information provided by defendants, the deadline for plaintiffs to file their consolidated complaint should be continued from July 10, 2018 to July 16, 2018;

**WHEREAS,** in the event the Court does not enter an order consistent with this stipulation, defendants will not argue that plaintiffs failed to timely file their consolidated complaint to the extent plaintiffs file a consolidated complaint within a reasonable period in light of the July 10, 2018 due date; and

**WHEREAS,** the parties have entered into this stipulation in furtherance of the interests of judicial efficiency and not for purposes of delay;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an Order as follows:

1. Plaintiffs shall file their consolidated complaint on or before July 16, 2018.

2. Defendants shall move to dismiss or answer the consolidated complaint on or before September 17, 2018.

**IT IS SO STIPULATED.**

Dated: July 9, 2018

**WEISS LAW LLP**
JOSEPH H. WEISS
DAVID C. KATZ

_____
DAVID C. KATZ

1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
E-mail: jweiss@weisslawllp.com
       dkatz@weisslawllp.com

**ROBBINS ARROYO LLP**
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
       csmith@robbinsarroyo.com
       ssanders@robbinsarroyo.com

*Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| Dated: July 9, 2018 | WILLIAMS & CONNOLLY LLP<br>JOHN S. WILLIAMS<br><br>_____<br>JOHN S. WILLIAMS<br><br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>E-mail: jwilliams@wc.com<br><br>*Counsel for Nominal Defendant Misonix, Inc.* |

*****

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                                        HONORABLE ARTHUR D. SPATT
                                                        UNITED STATES DISTRICT COURT

- 4 -

## CERTIFICATE OF SERVICE

    I, David C. Katz, hereby certify that a true and correct copy of the foregoing document was filed via the Court's ECF system and will be electronically served on all counsel of record.

Dated: July 9, 2018

                                                                              DAVID C. KATZ