

16th Floor
1500 Broadway
New York, NY 10036
TEL. (212) 682-3025
FAX (212) 682-3010
www.WeissLawLLP.com

David C. Katz
DKatz@WeissLawLLP.com

July 16, 2018

**BY ECF**

The Honorable Arthur D. Spatt
United States District Judge
The United States District Court
for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *In re Misonix, Inc. Stockholder Derivative Litigation,*
              **No. 2:17-cv-03385-ADS-AYS (E.D.N.Y.)**

Your Honor:

      The undersigned represent Plaintiffs Irving Feldbaum and Michael Rubin ("Plaintiffs") and Nominal Defendant Misonix, Inc. ("Misonix") (collectively, the "Parties") in the above-referenced action. We are pleased to inform the Court that the Parties have reached a settlement in principle to resolve this case.

      There are still aspects of the settlement that remain to be negotiated and documented. Moreover, as Plaintiffs have asserted claims derivatively on behalf of Misonix, the settlement must be approved by the Court after notice to Misonix shareholders. Fed. R. Civ. P. 23.1(c). We are currently preparing and negotiating these settlement and notice documents, and anticipate that we will be able to file the requisite documents with the Court by September 17, 2018. The Parties will file a status report if the requisite settlement and notice documents are not filed by that date. We respectfully request that the Court stay all deadlines, including the July 16, 2018 deadline for Plaintiffs to file their consolidated complaint and the September 17, 2018 deadline for Defendants to move to dismiss or answer, pending further update from the parties.

                                  Respectfully submitted,

                                    /s/ David C. Katz
                                    David C. Katz
                                    dkatz@weisslawllp.com

                                  /s/ Shane P. Sanders
                                    Shane P. Sanders
                                    ssanders@robbinsarroyo.com

                                  /s/ John S. Williams
                                    John S. Williams
                                    jwilliams@wc.com

cc:      All counsel via ECF