**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MISONIX, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:17-cv-03385-ADS-AYS<br><br>(Consolidated with No. 2:17-cv-03657-ADS-GRB) |
| This Document Relates To:<br><br>ALL DERIVATIVE ACTIONS | Honorable Arthur D. Spatt<br><br>Courtroom 1020 |

**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF DERIVATIVE SETTLEMENT**

Please take notice that on July 26, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, plaintiffs Irving Feldbaum and Michael Rubin ("Plaintiffs"), derivatively on behalf of Misonix, Inc. ("Misonix" or the "Company"), will move this Court pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure before the Honorable Arthur D. Spatt, at the United States District Court for the Eastern District of New York, Long Island Courthouse, 100 Federal Plaza, Central Islip, New York, 11722, requesting entry of the [Proposed] Order and Final Judgment, and for such other and further relief as the Court deems appropriate (the "Motion").

The Motion is based on this notice of motion, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Derivative Settlement, the Declaration of Shane P. Sanders, and the Declaration of David C. Katz, the Court's record on this matter, and other evidence and argument that may be presented prior to the Court's decision on the Motion.

Dated: July 12, 2019

Respectfully submitted,

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS

*/s/ Shane P. Sanders*
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
E-mail: brobbins@robbinsarroyo.com
csmith@robbinsarroyo.com
ssanders@robbinsarroyo.com

- 2 -

        WEISSLAW LLP
        JOSEPH H. WEISS
        DAVID C. KATZ

        */s/ David C. Katz*
        DAVID C. KATZ
        1500 Broadway, 16th Floor
        New York, NY 10036
        Telephone: (212) 682-3025
        Facsimile: (212) 682-3010
        E-mail: jweiss@weisslawllp.com
        dkatz@weisslawllp.com

        *Co-Lead Counsel for Plaintiffs*

- 3 -

## CERTIFICATE OF SERVICE

    I, Shane P. Sanders, hereby certify that on July 12, 2019, I caused a true and correct copy of the attached:

    NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filings to all counsel registered to receive such notice.

                               */s/ Shane P. Sanders*
                               SHANE P. SANDERS